No. 74–952. BLANTON, GOVERNOR OF TENNESSEE, ET AL. *v.* AMERICANS UNITED FOR THE SEPARATION OF CHURCH AND STATE ET AL. D. C. M. D. Tenn. The Court, being advised that after probable jurisdiction herein was noted on March 24, 1975, 420 U. S. 989, the State's Tuition Grant statutory program was amended, judgment vacated and case remanded to District Court for reconsideration in light of statutory changes effected since the litigation was instituted.

No. 74–1158. SMART *v.* TEXAS POWER & LIGHT CO. ET AL. Appeal from D. C. N. D. Tex. Judgment vacated and case remanded so that a fresh order may be entered from which a timely appeal may be taken to the United States Court of Appeals. *Gonzalez* v. *Automatic Employees Credit Union*, 419 U. S. 90 (1974).